1

2             IN THE UNITED STATES DISTRICT COURT

3           FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5  KNOWLEDGE HARDY,                    CASE NO. CV F 09-935 LJO SMS

6              Plaintiff,              **ORDER ON DEFENDANTS' MOTIONS TO
                                       DISMISS AND STRIKE** (Docs. 11, 12, 14)
7         vs.

8  INDYMAC Federal Bank, et al.,

9              Defendants.
   _____/
10

11        By notice on July 9, 2009, defendants Americas Best Home Loans and Joe Gardella ("Mr.

12 Gardella") (collectively "Americas Best") move to dismiss certain claims asserted by plaintiff

13 Knowledge Hardy ("Mr. Hardy"), and to strike language in the complaint that refers to Mr. Hardy's

14 prayer for recovery of attorneys' fees and punitive damages.  In addition, defendant Mortgage Electronic

15 Registration System, Inc. ("MERS") moved to dismiss Mr. Hardy's second, third, sixth, seventh, and

16 ninth causes of action on July 13, 2009.

17        Mr. Hardy  filed an amended complaint, pursuant to Fed. R. Civ. P. 15(a)(1), on July 24, 2009.

18 An amended complaint supercedes a previous complaint rendering moot a motion to dismiss the original

19 complaint.  *See e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1991); *Bullen v. De Bretteville*,

20 239 F.2d 824, 833 (9th Cir. 1956) ("[A]n amended pleading supercedes the original, the latter being

21 treated thereafter as non-existent.").  Accordingly, this Court DISMISSES as moot Americas Best's

22 motion to dismiss and motion to strike, DISMISSES as moot MERS' motion to dismiss, and VACATES

23 the August 10 and August 13, 2009 hearings on these motions.

24 IT IS SO ORDERED.

25 **Dated:    July 27, 2009**              _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES DISTRICT JUDGE
26

27

28

                                         1